```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                    CASE NO. 10-14087-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

OFELIO FERNANDEZ-ALBITER,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

    **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 29, 2010. A Report and Recommendation filed on December 6, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of January, 2011.

                                             _____
                                             DONALD L. GRAHAM
                                             UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Robert Waters, Jr., AUSA
        Panayotta Augustin-Birch, AFPD
```